JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Petition of | ) Case No. CV12-8699-CAS (JCGx) |
| | ) |
| YANG MING (UK) LTD. AND | ) *IN ADMIRALTY* |
| YANG MING MARINE | ) |
| TRANSPORTATION CORP., | ) [~~PROPOSED~~] **ORDER** |
| | ) **DISMISSING ACTION** |
| Petitioners, | ) **WITHOUT PREJUDICE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Based on the Notice of Voluntary Dismissal Without Prejudice filed by Petitioners YANG MING (UK) LTD. and YANG MING MARINE TRANSPORTATION CORP., IT IS HEREBY ORDERED that:

///

///

KYL_LB1557424

1          1.     This action is DISMISSED WITHOUT PREJUDICE.

2

3                 **IT IS SO ORDERED.**

4

5     Dated: <u>November 26</u>, 2012    _____

6                                         UNITED STATES DISTRICT JUDGE

7     Submitted by:

8     s/ JAMES A. MARISSEN
      WILLIAM H. COLLIER, JR., CASB No. 97491
9     william.collier@kyl.com
      JAMES A. MARISSEN, CASB No. 257699
10    james.marissen@kyl.com
      TYSON W. KOVASH, CASB No. 279465
11    tyson.kovash@kyl.com
      KEESAL, YOUNG & LOGAN
12    A Professional Corporation
      400 Oceangate, P.O. Box 1730
13    Long Beach, California  90801-1730
      Telephone:    (562) 436-2000
14    Facsimile: (562) 436-7416
      Attorneys For Petitioners
15    YANG MING (UK) LTD. AND
      YANG MING MARINE TRANSPORTATION CORP
16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -                                    KYL_LB1557424